Corporation and, without hearing oral argument, reverses that portion of the judgment of the court of appeals concerning Thomas and Darlene Smith and remands this cause to the trial court for further proceedings consistent with this opinion.

On appellants' petition for discretionary review: judgment of the Court of Appeals reversed: cause remanded to that Court.

CLINTON and BAIRD, JJ., dissent.

**Randall Haige JAMAIL**

v.

**The STATE of Texas.**

No. 0483–91.

Court of Criminal Appeals of Texas, En Banc.

Sept. 11, 1991.

Before the Court en banc.

On appellants' petition for discretionary review: petition granted and remanded to the Court of Appeals.

**Everett Eugene POINDEXTER**

v.

**The STATE of Texas.**

No. 0972–91.

Court of Criminal Appeals of Texas, En Banc.

Oct. 23, 1991.

On appellants' petition for discretionary review: petition granted and remanded to the Court of Appeals.

**Donald Wayne KETTLER**

v.

**The STATE of Texas.**

No. 1059–90.

Court of Criminal Appeals of Texas, En Banc.

Sept. 25, 1991.

**Pedro BALLESTEROS, Jr.**

v.

**The STATE of Texas.**

No. 0637–89.

Court of Criminal Appeals of Texas, En Banc.

Oct. 30, 1991.